# EXHIBIT A

US00D495726S1

(12) **United States Design Patent**  (10) Patent No.:     **US D495,726 S**
Yip et al.                                                    (45) Date of Patent:   ** Sep. 7, 2004

(54) MAGNIFIER

(75) Inventors: Gin Fai Yip, North Point (HK); Bryan Yip, Kowloon (HK)

(73) Assignee: Leading Extreme Optimist Industries, Ltd., Chai Wan (HK)

(**) Term: 14 Years

(21) Appl. No.: 29/189,563

(22) Filed: Sep. 8, 2003

(51) LOC (7) Cl. .................................................... 16-06
(52) U.S. Cl. ..................................................... D16/135
(58) Field of Search ............................. D16/130, 135; D6/300, 309; D26/38, 51; 359/802, 803, 805, 808, 809, 810, 811, 812, 818

(56)           **References Cited**
              U.S. PATENT DOCUMENTS

1,141,225 A  *  6/1915  Wells .......................... 359/812
2,322,441 A  *  6/1943  Holliday ...................... 359/812
D395,907 S   *  7/1998  Calello ....................... D16/135
D428,032 S   *  7/2000  Lee ............................ D16/135
D440,243 S   *  4/2001  Jacquet ....................... D16/135

* cited by examiner

*Primary Examiner*—Paula A. Greene
(74) *Attorney, Agent, or Firm*—Carmody & Torrance LLP

(57)                **CLAIM**

The ornamental design for a magnifier, as shown and described.

                **DESCRIPTION**

FIG. 1 is a perspective view of a magnifier showing our new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a left side elevational view thereof;
FIG. 4 is a right side elevational view thereof;
FIG. 5 is a bottom plan view thereof;
FIG. 6 is a first end elevational view thereof; and,
FIG. 7 is a second end elevational view thereof.

**1 Claim, 5 Drawing Sheets**



U.S. Patent    Sep. 7, 2004    Sheet 1 of 5    US D495,726 S



FIG. 1



FIG. 2

FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G

